UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------
LILA DERBY,

                            Petitioner,

      v.                                        5:04-CV-0349

COMMISSIONER OF SOCIAL SECURITY,

                            Respondent.
---------------------------------
THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

This matter was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

No objections to the July 19, 2007 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and REMANDS the case to the Commissioner for further proceedings consistent with the Magistrate's Report and Recommendation.

IT IS SO ORDERED.

Dated:   August 8, 2007

Thomas J. McAvoy
Senior, U.S. District Judge